A/R, CLOSED, SPECIAL, STAYED

# United States District Court
# Eastern District of Pennsylvania (Allentown)
# CIVIL DOCKET FOR CASE #: 5:08-cv-00560-JKG

WHITE v. DAVOL, INC. et al
Assigned to: HONORABLE JAMES KNOLL GARDNER
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 02/04/2008
Date Terminated: 03/10/2008
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**JACQUELINE WHITE**

represented by **GREGORY L. SCHELL**
GREGORY L. SCHELL, L.L.C.
230 SOUTH BROAD STREET
SUITE 1050
PHILADELPHIA, PA 19102
215-545-9000
Fax: 215-545-9540
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DAVOL, INC.**

represented by **BARBARA K. GOTTHELF**
MCCARTER & ENGLISH
1735 MARKET STREET
SUITE 700
PHILADELPHIA, PA 19103
215-979-3836
Email: bgotthelf@mccarter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. BARD, INC.**

represented by **BARBARA K. GOTTHELF**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/04/2008 | 1 | NOTICE OF REMOVAL by DAVOL, INC., C.R. BARD, INC. from |

| | | |
|---|---|---|
| | | Court of Common Pleas, Philadelphia County, case number November Term, 2007 CA 01228. Certificate of Service, (Filing fee $ 350 receipt number 945600)(ks, ) (Entered: 02/05/2008) |
| 02/04/2008 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by DAVOL, INC., C.R. BARD, INC.. ATTACHED IN DOCKET #1. (ks, ) (le, ). (Entered: 02/05/2008) |
| 02/13/2008 | 3 | ORDER THAT THE WITHIN MATTER IS REFERRED TO U.S. MAGISTRATE JUDGE HENRY S. PERKIN TO SCHEDULE AND CONDUCT A SETTLEMENT CONFERENCE. IT IS FURTHER ORDERED THAT IN THE EVENT ANY DEFT. HAS NOT YET ENTERED AN APPEARANCE AT THE TIME OF THIS ORDER, PLAINTIFF SHALL SERVE A COPY OF THIS ORDER UPON THAT DEFT. SIGNED BY HONORABLE JAMES KNOLL GARDNER ON 2/13/08. 2/13/08 ENTERED AND COPIES E-MAILED.(er, ) (Entered: 02/13/2008) |
| 02/14/2008 | 4 | ORDER THAT A TELEPHONIC STATUS/SETTLEMENT CONFERENCE IS SCHEDULED FOR 6/4/2008 AT 2:00 P.M. BEFORE MAGISTRATE JUDGE HENRY S. PERKIN. SIGNED BY MAGISTRATE JUDGE HENRY S. PERKIN ON 2/14/08. 2/14/08 ENTERED AND COPIES E-MAILED AND SERVED BY CHAMBERS. (ky, ) (Entered: 02/14/2008) |
| 02/19/2008 | 5 | MOTION to Stay *Proceedings Pending Transfer to Federal MDL* filed by DAVOL, INC., C.R. BARD, INC..Memorandum, Certificate of Service. (Attachments: # 1 Exhibit Exhibit 1)(GOTTHELF, BARBARA) (Entered: 02/19/2008) |
| 02/21/2008 | 6 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by DAVOL, INC., C.R. BARD, INC..(GOTTHELF, BARBARA) (Entered: 02/21/2008) |
| 02/25/2008 | 7 | ORDER THAT DEFT. DAVOL INC.'S AND DEFT. C.R. BARD, INC.'S UNOPPOSED MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO FEDERAL MDL IS GRANTED, ETC. IT IS FURTHER ORDERED THAT THE CLERK OF COURT SHALL PLACE THIS MATTER INTO CIVIL SUPSENSE UNTIL FURTHER ORDER OF UNDERSIGNED AND SHALL CLOSE THIS MATTER FOR STATISTICAL PURPOSES, ETC. SIGNED BY HONORABLE JAMES KNOLL GARDNER ON 2/21/08.2/26/08 ENTERED AND COPIES E-MAILED AND FAXED.(er, ) Modified on 2/26/2008 (er, ). (Entered: 02/26/2008) |
| 03/10/2008 | 8 | Certified Copy of Conditional Transfer Order (CTO-15). Re: This action is transferred to the District of Rhode Island for the reasons stated in the order of 6/22/07, and, with the consent of that court, assigned to the Hon. Mary M. Lisi. (fdc) (Entered: 03/10/2008) |
| 03/13/2008 | | Original record transferred to District of Rhode Island via interdistrict transfer system pursuant to CTO-15.(le, ) (Entered: 03/13/2008) |

## PACER Service Center

### Transaction Receipt

| | | | |
|---|---|---|---|
| 03/14/2008 12:06:06 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:08-cv-00560-JKG |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |